IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] JOSE MARTINEZ-SERRANO,<br>[2] EDWIN YADIEL FLORES TAVAREZ,<br>Defendants. | FIRST SUPERSEDING INDICTMENT<br><br>CRIMINAL NO.: 24-133 (CVR)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1201(a)(1)<br>18 U.S.C. § 924(c)(1)(A)(iii)<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Kidnapping Resulting in Death
(18 U.S.C. §§ 1201(a)(1) and 2)

On or about July 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] JOSE MARTINEZ-SERRANO and
[2] EDWIN YADIEL FLORES TAVAREZ,

aiding and abetting each other and others, did unlawfully and willfully seize, confine, kidnap and abduct, and otherwise hold, T.D.C. and N.R.L., resulting in their deaths. In committing or in furtherance of the commission of the kidnapping, the defendants used a means, facility, and instrumentality of interstate or foreign commerce, namely a 2022 Ford EcoSport bearing Puerto Rico license plate number JZE 974 and a cellular telephone. All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

Case 3:24-cr-00133-CVR Document 168 Filed 07/17/25 Page 2 of 4

FIRST SUPERSEDING INDICTMENT
United States v. Jose Martinez-Serrano, et al.
Page 2

COUNT TWO
Possessing and Discharging of a Firearm During and in Relation to a Crime of Violence
(18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

On or about July 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] JOSE MARTINEZ-SERRANO and
[2] EDWIN YADIEL FLORES TAVAREZ,

aiding and abetting each other and others, did knowingly possess and discharge a firearm in furtherance of a crime of violence that may be prosecuted in a Court of the United States, namely, a kidnapping as charged in Count One of this Indictment. All in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

NOTICE OF SPECIAL FINDINGS PURSUANT TO
TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

THE GRAND JURY FURTHER FINDS:

As to Count One,

a. The defendant, JOSE MARTINEZ-SERRANO was 18 years of age or older at the time of the offense;

b. The defendant, JOSE MARTINEZ-SERRANO intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and T.D.C. and N.R.L. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

c. The defendant, JOSE MARTINEZ-SERRANO intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act

Case 3:24-cr-00133-CVR    Document 168    Filed 07/17/25    Page 3 of 4

FIRST SUPERSEDING INDICTMENT
United States v. Jose Martinez-Serrano, et al.
Page 3

constituted a reckless disregard for human life, and T.D.C. and N.R.L. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

d. the deaths of T.D.C. and N.R.L. occurred during the commission of an offense under section 1201 (kidnapping) (18 U.S.C. § 3592(c)(1));

e. the victims T.D.C. and N.R.L. were particularly vulnerable due to their youth (18 U.S.C. § 3592(c)(11)).

THE GRAND JURY FURTHER FINDS:

As to Count One,

a. The defendant, EDWIN YADIEL FLORES TAVAREZ was 18 years of age or older at the time of the offense;

b. The defendant, EDWIN YADIEL FLORES TAVAREZ intentionally killed T.D.C. and N.R.L. (18 U.S.C. § 3591(a)(2)(A));

c. The defendant, EDWIN YADIEL FLORES TAVAREZ intentionally inflicted serious bodily injury that resulted in the death of T.D.C. and N.R.L. (18 U.S.C. § 3591(a)(2)(B));

d. The defendant, EDWIN YADIEL FLORES TAVAREZ intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and T.D.C. and N.R.L. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

e. The defendant, EDWIN YADIEL FLORES TAVAREZ intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a

Case 3:24-cr-00133-CVR     Document 168     Filed 07/17/25     Page 4 of 4

FIRST SUPERSEDING INDICTMENT
United States v. Jose Martinez-Serrano, et al.
Page 4

person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and T.D.C. and N.R.L. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

f. the deaths of T.D.C. and N.R.L. occurred during the commission of an offense under section 1201 (kidnapping) (18 U.S.C. § 3592(c)(1));

g. The defendant, EDWIN YADIEL FLORES TAVAREZ committed the offense in Count One in an especially heinous, cruel, or depraved manner in that involved torture or serious physical abuse to the victims (18 U.S.C. § 3592(c)(6));

h. the victims T.D.C. and N.R.L. were particularly vulnerable due to their youth (18 U.S.C. § 3592(c)(11));

i. The defendant, EDWIN YADIEL FLORES TAVAREZ intentionally killed more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

TRUE BILL,

FOREPERSON
Date: 07/17/2025

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Unit

Julian N. Radzinschi
Assistant U.S. Attorney

4